IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IN RE: ESTATE OF FRANKIE
MAE MCCLAIN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D16-63

_____/

Opinion filed November 10, 2016.

An appeal from the Circuit Court for Leon County.
Stewart E. Parsons, Judge.

Nathaniel C. McClain, pro se, Appellant.

PER CURIAM.

     AFFIRMED.

WOLF, BILBREY, and M.K. THOMAS, JJ., CONCUR.